IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10MJ49 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| MARIA RITA MANZONI, | ) | |
| | ) | |
| Defendants. | ) | |

NOW ON THIS 16th day of June, 2010 this matter is before the Court on the United States' Motion for Dismissal (#17).  The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1.   Leave of Court is granted for the United States to dismiss, without prejudice, the Complaint, filed herein as to the Defendant MARIA RITA MANZONI.

2.   The Complaint filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, MARIA RITA MANZONI.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge